IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REX WARNER,

    Plaintiff,

v.

SIMS METAL MANAGEMENT LIMITED,
a.k.a. SIMS GROUP LIMITED,

    Defendant.

No. C 13-02190 WHA

**NOTICE REGARDING
UPCOMING HEARING**

Your case is set for a motion hearing on **OCTOBER 23, 2013 AT 8:00 A.M.**.

Please remember our need to train our next generation of lawyers. So please consider the advisability of assigning the argument to a young lawyer of less than four years experience out of law school in your office. If you send a letter soon stating that such a young lawyer will conduct the argument (for at least one side), then the hearing will definitely go forward; otherwise, the Court may rule in advance based on the papers if it concludes an oral argument would be of limited value in resolving the motion, in which case the hearing would be vacated. If you plan to submit such a letter, please do so by **OCTOBER 21, 2013, AT NOON**.

Dated: October 17, 2013.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE