Patrick C. Mullin (State Bar No. 72041)
Mark S. Askanas (State Bar No. 122745)
Douglas G.A. Johnston (State Bar No. 268880)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone:  (415) 394-9400
Facsimile:  (415) 394-9401
E-mail:  mullinp@jacksonlewis.com
E-mail:  askanasm@jacksonlewis.com
E-mail:  douglas.johnston@jacksonlewis.com

Attorneys for Defendant and Counter-claimant
Sims Group USA Corporation, erroneously
sued herein as Sims Metal Management
Limited, aka Sims Group Limited

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REX WARNER,<br><br>            Plaintiff,<br><br>      v.<br><br>Sims Metal Management Limited, aka Sims Group Limited, DOES 1 TO 20,<br><br>            Defendants. | Case No.  3:13-cv-02190-JD (EJ)<br><br>~~[PROPOSED]~~ ORDER RE SEALED TRANSCRIPT<br><br>Ctrm.:        11; 19th Fl.<br>Judge:       Hon. Maria-Elena James<br>Date of Settlement Conference:  11/12/2104<br><br>Removal Filed:  5/13/2013<br>Trial Date:        11/24/2014/Vacated |

On November 12, 2014, the undersigned held a Settlement Conference in the above-referenced matter, and the case settled, with all parties agreeing to be bound by the Settlement. While Settlement was put on record in Open Court, the Court ordered that the Settlement is under seal. ~~However, the court reporters are directed to provide counsel for any party in this matter with a transcript of that day's proceeding upon their request and without further order.~~ The Court Reporter shall provide only counsel who attended the settlement conference with their client(s) on November 12, 2014, with a transcript of that day's proceedings upon their request and without further Order of the Court.

Dated: November  17 , 2014                         _____
                                                                              Hon. Maria-Elena James
                                                                              United States Magistrate Judge

1
2   4825-9219-7408, v.  1
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
[PROPOSED] ORDER RE: SEALED TRANSCRIPT
OF SETTLEMENT CONFERENCE                                    Case No.  3:13-cv-02190-JD (EJ)